IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>JIMMIE ANTHONY BEARD,<br><br>　　　　　　　Defendant. | CRIMINAL ACTION NO.<br>1:20-CR-00351 |

## Consent Motion to Continue Sentencing Hearing

Jimmie "Jim" Anthony Beard, by and through his undersigned counsel, respectfully moves this Court for a continuance of the sentencing hearing currently scheduled for August 26, 2024. In support of this motion, the Defendant states the following:

The parties are working collaboratively to narrow the scope of contested issues in advance of the hearing. To facilitate this process, Mr. Beard has recently provided documentation to the Government that requires careful review and analysis. Additionally, the Government has requested further information from Mr. Beard, which he is diligently working to gather.

Given the complexity of the issues and the need for additional time to ensure a thorough review and resolution, Mr. Beard respectfully requests an

approximately 30-day continuance of the sentencing hearing. The United States, through its counsel, has been consulted and consents to this requested continuance.

WHEREFORE, Mr. Beard respectfully requests that this Court grant the motion to continue the sentencing hearing for approximately 30 days.

Submitted on August 22, 2024.

>*/s/ Scott R. Grubman*
>Scott R. Grubman
>Ga. Bar No. 317011
>Serreen F. Meki
>Ga. Bar No. 139400
>
>CHILIVIS GRUBMAN LLP
>1834 Independence Square
>Atlanta, Georgia 30338
>Phone: (404) 233-4171
>Fax: (404) 261-2842
>sgrubman@cglawfirm.com
>smeki@cglawfirm.com

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned attorney hereby certifies that the foregoing document, which was prepared in accordance with L.R. 7.1, using Times New Roman, 14-point font, was filed using the Court's CM/ECF portal, which will automatically send service copies to all counsel of record.

So certified, this 22nd day of August ,2024.

*/s/ Scott R. Grubman*
Scott R. Grubman
Ga. Bar No. 317011